# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In re:

**Deborah Ann Stowers**
S.S. No.: xxx-xx-6970
Mailing Address: 605 Churchhill Downs Drive, Aberdeen, NC 28315-

**Case No. 10-81926**

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on October 22, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: November 16, 2010

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| | Date: | 10/11/10 |
|---|---|---|
| | Lastname-SS#: | Stowers-6970 |

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | None | | |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |

## LTD - D/T ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Chrysler | 1 | $21,488 | 5.00 | $215 | $443.63 | 2007 Jeep Commander |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,600 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | | Amount** |
|---|---|---|
| DMI= | $376 | $22,560 |

## PROPOSED CHAPTER 13 PLAN PAYMENT

| $ | $876 | per month for | 60 | months, then |
|---|---|---|---|---|
| $ | N/A | per month for | N/A | months. |

| Adequate Protection Payment Period: | 3.16 | months. |
|---|---|---|

Sch D # = The number of the secured debt as listed on Schedule D.

Adequate Protection = Monthly 'Adequate Protection' payment amt.

† = May include up to 2 post-petition payments.

* Co-sign protect on all debts so designated on the filed schedules.

** = Greater of DMI x ACP or EAE

(Page 4 of 4)

Ch13Plan_MD_ (DeSardi Version 1/12/10) © LOJTO

## Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Capital One Bank
Attn: Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

American Express
Post Office Box 981535
El Paso, TX 79998-1535

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Bank of America
NC4 105 03 14
Post Office Box 26012
Greensboro, NC 27420-6012

Capital One Bank
15000 Capital One Drive
Richmond, VA 23238-1119

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Bank of America
ATTN: Billing Inquiries
Post Office Box 15026
Wilmington, DE 19850-5026

Chase
Cardmember Service
Post Office Box 15298
Wilmington, DE 19850-5298

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Bank of America
2970 Transit Road
Buffalo, NY 14224

Chase
Post Office Box 15298
Wilmington, DE 19850-5298

Experian
P.O. Box 2002
Allen, TX 75013-2002

Bank of America
DE5-019-03-07
4060 Ogletown/Stanton Road
Newark, DE 19714

Chase
Post Office Box 15299
Wilmington, DE 19850-5299

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Best Buy
c/o HSBC Retail Services
Post Office Box 15521
Wilmington, DE 19850-5521

Chrysler
Attn: General/Managing Agent
27777 Franklin Road
Southfield, MI 48034-2337

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

BP
c/o Chase
Post Office Box 15298
Wilmington, DE 19850-5298

Direct Merchants Bank
c/o HSBC
Cardmember Services
Post Office Box 5250
Carol Stream, IL 60197-5250

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

BP
c/o Bank One
Post Office Box 15299
Wilmington, DE 19850-5299

Direct Merchants Bank
P.O. Box 98701
Las Vegas, NV 89193-8701

Discover
Post Office Box 30943
Salt Lake City, UT 84130-0943

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Discover
Post Office Box 30421
Salt Lake City, UT 84130-0421

Shell Card Center
P.O. Box 6406
Sioux Falls, SD 57117-6406

Victoria's Secret
WFNNB
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Disney's
c/o Chase
Post Office Box 15298
Wilmington, DE 19850-5298

Beverly Stowers
339 Midway Drive
Valparaiso, IN 46385

Walmart
c/o GE Money Bank
Post Office Box 103104
Roswell, GA 30076

Exxon/Mobil
Post Office Box 6404
Sioux Falls, SD 57117-6404

Talbots Classics Finance Company
4 Blackstone Valley Place
Lincoln, RI 02865

Walmart/GEMB
Post Office Box 981469
El Paso, TX 79998-1469

Frontier Airlines
c/o Barclay Bank
Post Office Box 8802
Wilmington, DE 19899-8802

The Belk Center
c/o GE Money Bank - BK Dept.
Post Office Box 103104
Roswell, GA 30076-3104

World Financial Network Nat'l
Post Office Box 182782
Columbus, OH 43218-2782

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

The Belk Center
Post Office Box 981492
El Paso, TX 79998-1492

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

The Belk Center
Post Office Box 981490
El Paso, TX 79998-1490

Moore County Tax Collector
Post Office Box 428
Carthage, NC 28327-0428

The Belk Center, Inc.
Post Office Box 103104
Roswell, GA 30076-9104

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

The Home Depot Credit Services
Post Office Box 653000
Dallas, TX 75265-3000